**SEALED**

JOHN M. GORE
Principal Deputy Attorney General
Civil Rights Division

FARA GOLD
Special Litigation Counsel
MAURA WHITE
Trial Attorney
Criminal Section, Civil Rights Division
United States Department of Justice
601 D ST NW
Washington, DC 20004
202-305-1896/202-616-5103
fara.gold@usdoj.gov/maura.white@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED

MAR 27 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | CASE NO. 2:18-SW-0224 EFB |
|---|---|
| A white 2009 Dodge Grand Caravan, California License Plate 6GVH226, Bearing VIN 1D8HN44E39B505678, currently located at 2001 Freedom Way, Roseville, CA 95678 | SEALING ORDER<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 3-27-2018

_____
Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE