JOHN M. GORE
Principal Assistant Attorney General
Civil Rights Division

FARA GOLD
Special Litigation Counsel
MAURA WHITE
Trial Attorney
Criminal Section, Civil Rights Division
United States Department of Justice
601 D ST NW
Washington, DC 20004
202-305-1896/202-616-5103
fara.gold@usdoj.gov/maura.white@usdoj.gov

Attorneys for Plaintiff
United States of America

**FILED**

MAY 1 5 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of A white 2009 Dodge Grand Caravan, California License Plate 6GVH226, Bearing VIN 1D8HN44E39B505678, currently located at 2001 Freedom Way, Roseville, CA 95678 | CASE NO. 2:18-SW-0224 EFB<br><br>ORDER UNSEALING WARRANT |

This matter came before the Court on the United States' request to unseal the search warrant, application, affidavit, and sealing documents in the above-referenced case. For the reasons stated therein, and good cause showing, IT IS HEREBY ORDERED THAT the search warrant, application, affidavit, and sealing documents in the above-referenced case are unsealed and shall be made part of the public docket.

IT IS SO ORDERED.

DATED: May 15, 2018

_____
HON. ALLISON CLAIRE
United States Magistrate Judge

PROPOSED ORDER

1